# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| AIR CARE OF MICHIGAN, INC. d/b/a SERVICE MASTER DISASTER SERVICES, Plaintiff/Counterclaim Defendant, vs. AREA SUBSTANCE ABUSE COUNCIL, INC., Defendant/Counterclaim Plaintiff/Third-Party Plaintiff, vs. MOBRO, INC. d/b/a SERVICE MASTER 380 and SELECTIVE INSURANCE COMPANY OF AMERICA, Third-Party Defendants. | No. 10-CV-118-LRR **ORDER** |

_____

The matter before the court is Third-Party Defendant MoBro, Inc.'s ("MoBro") "Motion to Dismiss Defendant/Third-Party Plaintiff's Third[-]Party Complaint" ("Motion to Dismiss") (docket no. 21). On October 28, 2010, Defendant/Third-Party Plaintiff Area Substance Abuse Council, Inc. ("ASAC") filed a Third-Party Complaint (docket no. 6) against MoBro and Selective Insurance Company of America. On January 3, 2011, MoBro filed the Motion to Dismiss.

On February 3, 2011, ASAC filed a Resistance (docket no. 27) to the Motion to Dismiss. On that same date, ASAC filed a "Motion for Leave to File Answer and First

Amended Third[-]Party Complaint" ("Motion to Amend") (docket no. 26). On February 16, 2011, MoBro filed a Response (docket no. 29) to the Motion to Amend. In the Response, MoBro indicated that it would not resist the Motion to Amend. On February 23, 2011, Magistrate Judge Jon S. Scoles entered an Order (docket no. 31), granting the Motion to Amend, and directing the Clerk of Court to file ASAC's Amended Third-Party Complaint (docket no. 32).

"It is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect." *In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005) (citing *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000)). The Motion to Dismiss seeks to dismiss the Third-Party Complaint—not the Amended Third-Party Complaint. Because the Amended Third-Party Complaint supercedes the Third-Party Complaint and renders it legally ineffective, the Motion to Dismiss (docket no. 21) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

    **DATED** this 24th day of February, 2011.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA